Hammond

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 03 CR 353 - 1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 2:07CR103 RL |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Robert Murphy<br>527 East Angelica Street<br>Rensselaer, IN | DISTRICT<br>Illinois Northern | DIVISION<br>Eastern |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Charles R. Norgle, Sr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM | TO |

**OFFENSE**

Traveling in Interstate Commerce for the Purpose of Engaging in Sexual Act with a Person Under 18 Years of Age - Title 18, United States Code, Section 2423(b)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   NORTHERN DISTRICT OF ILLINOIS

　　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of Indiana** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8/2/07                                                              /s/ OTHER COURT JUDGE
Date                                                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   NORTHERN DISTRICT OF INDIANA

　　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/27/07                                                             /s/ RUDY LOZANO
Effective Date                                                     United States District Judge